**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Perna/schwartz Melissa
    (Last)         (First)        (Initial)

Prisoner Number 1566342

Institutional Address 425 7th st SFCA 94103

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

San fransisco Sherriffs Dept (Lt. Krol)

(Enter the full name of plaintiff in this action.)

vs.

Melissa Joy Perna-Schwartz

(Enter the full name of the defendant(s) in this action)

Case No. CV16 427 JD
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

FILED JAN 25 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement SFCJ 2

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

Internal Affairs complaint filed (Investigation opened)

COMPLAINT

- 1 -

1. Informal appeal **grievances**

2. First formal level **grieved to I.A.**

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**Melissa Joy Perna-Schwartz**

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

**San Fransisco Sheriffs Dept**
**Lt. Kpol.**

COMPLAINT
- 2 -

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. (re included original grievance) on 4/11/15 around 4pm thru 4/12/15 @ RPDs around 11pm I was illegally searched victim of excessive force. Beaten wrists bruised, black eye sprained finger etc. I was forced to expose myself to entire pod and male staff. I was sexually harrassed + humiliated. I was put in safety cells as punishment as I pose no threat at all! I was violated on several levels by Lt Krol & SO

IV. Relief. (see attached)

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want an apology. I want Lt Krol not to work w/women. I want monetary compensation for physical & pyschological trauma

COMPLAINT

I want to be treated w/ respect & dignity by KROL & SFSD

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Jan_ day of _17_ 20_16_

_Melissa [signature]_
(Plaintiff's signature)

COMPLAINT - 4 -

# MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

OR

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 17 day of Jan , 20 16

_____
(Plaintiff's Signature)

COMPLAINT *Page 4 of 4*



# Incident Report

Incident: 2015-09001830

**Print Date/Time:** 04/11/2015 16:08
**Login ID:** krol1412
**Report Template:** RFD DISPO

**ORI Number:** San Francisco Sheriff
CA0380000

## Details

| | | | |
|---|---|---|---|
| Incident Type: | RFD | Reporting Officer: | 2194 - Achakzai |
| Incident Date/Time: | 04/10/2015 09:30 PM | Reported Date/Time: | 04/10/2015 09:30 PM |
| Incident Location: | * CJ 2 | | |

**Description:** On Friday, 04/10/2015, at approximately 2130 hours I/M Perna ripped her pajama robe up and wrapped it around her neck. I gave her several direct orders to take it off her neck and she said, " fuck no" and continued to have it on around her neck.

## Violation Investigation

| | | | |
|---|---|---|---|
| Seq Number: 3 | Violator: PERNA, MELISSA JOY | Investigation Date/Time: | 04/11/2015 03:00 PM |
| Prehearing Segregation: | No | | |

**Inmate's Statement:** Inmate Perna agreed to speak with me. She said this request for discipline was false and that she wants to appeal it. Request upheld. Normal Level 2. I gave inmate Perna a grievance as well.

## Violation Discipline

| Discipline Type: | 1 Loss of Commissary | Start Date/Time: | 04/21/2015 07:00 AM | End Date/Time: | 05/14/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Loss of Commissary | Start Date/Time: | 04/21/2015 07:00 AM | End Date/Time: | 05/14/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Loss of Visits | Start Date/Time: | 04/18/2015 07:00 AM | End Date/Time: | 05/11/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Loss of Visits | Start Date/Time: | 04/18/2015 07:00 AM | End Date/Time: | 05/11/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Loss of Recreation | Start Date/Time: | 04/16/2015 07:00 AM | End Date/Time: | 05/16/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Loss of Recreation | Start Date/Time: | 04/16/2015 07:00 AM | End Date/Time: | 05/16/2015 07:00 AM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

| Discipline Type: | 1 Disciplinary Isolation | Start Date/Time: | 04/16/2015 07:00 AM | End Date/Time: | 05/16/2015 03:00 PM |
|---|---|---|---|---|---|
| Violator: PERNA, MELISSA JOY | | Event Type: | | Disposition: | Officer: 1412 - Krol |
| Comments: | | | | | |

## Narrative

On Friday, 04/10/2015, at approximately 2130 hours I/M Perna ripped her pajama robe up and wrapped it around her neck. I gave her several direct orders to take it off her neck and she said, " fuck no" and continued to have it on around her neck.

Signature: _____   Date: _____

Reviewed: _____   Date: _____

Page: 1 of 2



# Incident Report
Incident: 2015-09001827

**Print Date/Time:** 04/11/2015 15:57
**Login ID:** krol1412
**Report Template:** RFD DISPO

**San Francisco Sheriff**
**ORI Number:** CA0380000

## Details

| | | | |
|---|---|---|---|
| **Incident Type:** | RFD | **Reporting Officer:** | 2194 - Achakzai |
| **Incident Date/Time:** | 04/10/2015 05:45 PM | **Reported Date/Time:** | 04/10/2015 05:45 PM |
| **Incident Location:** | * CJ 2 | | |

**Description:** On Friday, 04/10/2015, at approximately 1745 hours while Deputy Hahn and Deputy Devlin were conducting a urine analysis and strip search, I was conducting bunk searches and searched I/M Perna's bunk area. I threw away only contraband items I found in her drawer. When I/M Perna got back to her bunk, she was really agitated and said I had threw away her pictures. I told her I did not throw any pictures away and so she began yelling out, "give me my mother fucking pictures back," and was shouting across the pod. I gave her several direct orders to stop yelling and to be quiet but she refused and so I placed I/M Perna in the holding cell.

## Violation Investigation

**Seq Number:** 3
**Violator:** PERNA, MELISSA JOY
**Investigation Date/Time:** 04/11/2015 03:00 PM
**Prehearing Segregation:** No

**Inmate's Statement:** Inmate Perna agreed to speak with me. She said she this request for discpline was false and she wants to appeal it. Request upheld. Level 2 normal. I also gave inmate Perna a grievance.

## Violation Discipline

| Discipline Type: | 1 Disciplinary Isolation | Start Date/Time: | 04/11/2015 03:00 PM | End Date/Time: | 04/16/2015 03:00 PM |
|---|---|---|---|---|---|
| **Violator:** PERNA, MELISSA JOY | **Event Type:** | | **Disposition:** | | **Officer:** 1412 - Krol |
| **Comments:** | | | | | |

| Discipline Type: | 1 Loss of Commissary | Start Date/Time: | 04/14/2015 07:00 AM | End Date/Time: | 04/17/2015 07:00 AM |
|---|---|---|---|---|---|
| **Violator:** PERNA, MELISSA JOY | **Event Type:** | | **Disposition:** | | **Officer:** 1412 - Krol |
| **Comments:** | | | | | |

| Discipline Type: | 1 Loss of Recreation | Start Date/Time: | 04/11/2015 03:00 PM | End Date/Time: | 04/16/2015 03:00 PM |
|---|---|---|---|---|---|
| **Violator:** PERNA, MELISSA JOY | **Event Type:** | | **Disposition:** | | **Officer:** 1412 - Krol |
| **Comments:** | | | | | |

| Discipline Type: | 1 Loss of Visits | Start Date/Time: | 04/11/2015 03:00 PM | End Date/Time: | 04/14/2015 03:00 PM |
|---|---|---|---|---|---|
| **Violator:** PERNA, MELISSA JOY | **Event Type:** | | **Disposition:** | | **Officer:** 1412 - Krol |
| **Comments:** | | | | | |

## Narrative

On Friday, 04/10/2015 at approximately 1745 hours while Deputy Hahn and Deputy Devlin were conducting a urine analysis and strip search I was doing random bunk searches and searched I/M Perna's bunk area. I threw away only contraband items I found in her drawer. When I/M Perna got back to her bunk, she was really aggitated and said I had threw away her pictures. I told her I did not throw any pictures away and so she began yelling out, "give me my mother fucking pictures back," and was shouting across the pod. I gave her several direct orders to stop yelling and to be quiet but she refused and so I placed I/M Perna in the holding cell.

**Signature:** _____  **Date:** _____
**Reviewed:** _____  **Date:** _____
**Medical Notified:** ___ YES  ___ NO  **Date:** _____

*[handwritten]* I have been punished to keep me quiet

Page: 1 of 1

① *Attached*

I will begin here b/c I believe it is relevent:

<u>Wednesday</u>: I begin opiate maintence (suboxen) program.
I was forewarned that it may take a few days 2 regulate.
So I only took ½ threw rest away.

<u>Thursday</u>: took whole dose. Woke up vomiting, headache & very drowsy. Saw nurse, he said it was probly from suboxen.

<u>Friday</u>: had court so was offered double dose in case I got released. <u>I declined</u>. When I returned from court I was telling Dep Contreras what happened. She said I looked high. I told her it was from suboxen, that I was still getting used to dose.

Before dinner I helped my bunkee fill out some paperwork to file a claim against city of San Francisco. After dinner I was showing Sharon (bunkee) how I had set up the card my mom sent me & my pictures of my mom & neice & nephew in a empty deccent case (like a frame) on my bunk when Dep Hann said she had 2 speak w/ me & we walked ↑ stairs 2 employee restroom

nce inside Dep Hahn directed me to strip, squat cough & did a urine analysis. Nothing was found during search. Urine was clean she directed me to go wait in classroom 2 while she searched Sharon Jones (also clean) Sharon and I waited in classrm 2 w/ Dep Devlin while Dep Achakzai searched our cell downstairs. While waiting Sharon & I discussed her upcoming surgery. And I showed her how my left elbow is disabled from an old injury & demonstrated how I can't have full function. Even commented n how cops always think im lying when I say I can put it all the way behind my back. Dep. Devlin interupted. okay no more talking about injuries. get back 2 your bunk. So we did.

Upon Return I noticed several personal items were gone. including. A valentine card from my mom. and the little deodorant case w/ the 2 photos of me & my mom & a picture of my dog. I asked Achakzai why she took these items. She said she didnt. I asked her did she move them? She said no, she said to look again. I searched thoroughly they were gone. Along with my soap. I asked her why she took them again. I asked her to look in the trash.



I became agitated, started crying. Deps Devlin & Achazai came down, cuffed me & started pushing me ↑ stairs. I told Achazai she was over extending my arm she only tightened cuffs & twisted <u>harder</u>. Devlin didn't say a word to help. They placed me in holding cell cuffs cutting off circulation for 2 hrs I repeatedly asked 4 medical... medical never came eventually Dep Hann came and had me uncuffed (thank god) I said I needed medical still they never came. a while later I was escorted 2 RM 12. once inside I washed up in sink (whole freetime spent getting searched & in holding cell) & changed to Pajamas. My elbow hurt <u>badly</u> I tried 2 make a sling out of robe just by wrapping it around arm & shoulder. Devlin said 'take that off your neck.' I showed her that it was not on neck but shoulder. She said 'take it off.' So I did. then I sat at desk & propped my arm on desk to alleviate pressure. I started a letter home & a few moments later my door is opened. Hann Devlin Achzai & Krohl are standing there. Devlin says "give us the PJs" I pushed the robe out the door w/ my foot. She repeats give me the PJs. I said no

re asked again so I was forced to remove the PJ bottoms I was wearing & put them out the door while Krohl stared at my privates... I tried to pull my t-shirt down over myself but was cuffed again & led out of cell by Achzai. Krohl told them to sit me on outside seat of table. This way the entire pod had a view of me crying & naked from the waist down. Achzai applied pressure to already swollen & injured arm unneccesarily. I was not resisting or even talking loud. Just begging her to at least grab my other arm. Macedon came & grabbed other arm & twisted. Eventually they got done w/ room search(?) and I was led past Krohl's prying eyes & directed to get down on my knees. I froze, terrified. I was then slammed up against wall & forced 2 my knees. cuffs removed. I was told to stay like that - exposed - I was so scared! I didn't think things would get worse but they did! I wrote grievance. ~~Saturday~~ Saturday I woke up wrote a grievance and went over my write ups? I w/ Deputy Martin. I noticed deputy martin looking in my folder! I saw my valentine from mom! She was lying the whole time & had me looking & crying. Achzai tortured me when she could of just said ...why?


(3)

i told Dep. Martin I was uncomfortable talking to Krohl & that I was afraid of him. She assured me my grievance would get into proper people. After free time i was shocked & scared 2 see Krohl approach Rm 12 & open the door. So embarrassed. he came to discuss the grievance about pictures being taken. He said they followed procedure. I appealed he asked about write ups. I don't him I dont feel comfortable talking to him that write ups were false & I apeal. he came back a few minutes later & told me I was on lock up for 35 days!!
Being on lock up prevents me from participating in sisters' recovery program. I was making good progress and just became a core member!! This is all very upsetting & detrimental to my progress. I worked very hard to shake the stigma of being a victim, & to get into a healthy mindset & begin a maintnenc program just to be antagonized & torchured!
Several hours later that night Achzai came onto my speaker & told me I had 2 take down pictures of Jesus and my neice & nephew that I had propped against a folder on my bunk

I decided not to bite. She kept on beeping speaker & telling me to take down pictures. I refused. She eventually stopped was once again @ desk writing when door opened. I was horrified to see Krohl & Ackzai standing there. (why Krohl? and not a female deputy?) They both had on gloves which indicated they meant to make contact. But why? I was just writing a letter? I remained seated & silent. I thought they were just gonna take the remaining photos of my family. But Ackzai said stand up & turn around. I complied. She handcuffed me too tight & walked me by my injured arm towards holding cell. When at doorway Krohl snatched me by other arm, and slams me face first into corner of cell. I begin trembling & crying. He has ahold of my left index finger and is bending it backwards trying to break it. I was frozen & crying. Until survival instinct kicked in. I wiggled my finger free. He slammed his whole body against mine. I could feel his erection. He was in my ear saying "Don't cry now Melissa". It was disgusting! I started screaming "Get your dick off of me! HELLLP!

(4)

He then lifted me up swung me around and both him & Zai slammed me into the ground. I felt nothing but elbows & knees. His knee was pushing so hard into my back I could not breath! Literally could not suck my next breath! He kept saying why are you crying. Don't cry now! Zai was twisting my wrist to the point it felt ready 2 break! I was completely still but they kept pushing harder & he had jammed his thumb into a pressure point behind jawbone, under ear. He was pushing so hard, I couldn't see, I thought he was killing me! My nose started gushing blood! I just prayed for help & thank God some other deputies came and drug me to safety cell. I thought I was gonna die! I was so scared. I've never been so scared in my life! Once in the safety cell I heard him telling other deputies to say I grabbed his arm! There are cameras! →
Plus inmates saw & heard what they did to me _melissa Anna_

(*please note since these events I have been victim to several more instances of abuse & harassment & scare tactics. ~~Internal affairs investigation~~ will open)

urthermore I believe this is all done in retaliation of a claim I filed against CJ2 last year ~~concerned~~ concerning several minor violations of rules & procedures in accordance with title 15. I just filed an amends to that case in march and order was granted to proceed w/ claim... I know that ~~not~~ when an amends is filed the court notifies the defendant and has 28 days to respond.

I do not believe this sudden and violent campaign to harass and scare me is coincidently aligned a w/ my existing claim proceedings.

I believe is is a direct violation of federal laws & guideline concerning claims against city.

The Northern Dist court will be notified of this attempt to intimidate me (plaintiff