UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA PERNA-SCHWARTZ,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No.  16-cv-00427-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee.  In the initial review order on March 17, 2016, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint.  The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court.  This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated:  May 23, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA PERNA-SCHWARTZ,

    Plaintiff,

    v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No.  16-cv-00427-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melissa Perna-Schwartz
#15668342
425 7th Street
San Francisco, CA 94103

Dated: May 23, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2